IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re TYLER R. JOHNSON, BA4465,  )   No. C 17-0599 CRB (PR)
                                                            )
                                                            )   ORDER OF DISMISSAL
          Plaintiff.                                  )
_____ )

On February 6, 2017, the clerk filed as a new prisoner action a letter from plaintiff complaining of inadequate medical care at San Quentin State Prison. On that same date, the court notified plaintiff in writing that the action was deficient because he did not file an actual complaint or pay the requisite filing fee or, instead, submit a signed and completed court-approved in forma pauperis (IFP) application. Plaintiff was advised that failure to file the requested items within 28 days would result in dismissal of the action.

Plaintiff instead filed a letter explaining that he did not intend his letter to be filed as a new action because he still is exhausting administrative remedies. Good cause appearing, the case is DISMISSED without prejudice. The clerk is instructed to close this matter as improvidently opened. No filing fee is due.

SO ORDERED.

DATED: March 17, 2017            _____
                                                    CHARLES R. BREYER
                                                    United States District Judge

G:\PRO-SE\CRB\CR.17\Johnston, T.17-0588.dismissal.wpd